UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE F. STEPHENS,<br><br>   Plaintiff,<br><br>   v.<br><br>JENNY ESPINOZA, et al.,<br><br>   Defendants. | Case No. 15-cv-00116-VC  (PR)<br><br>**NOTICE REQUESTING LITIGATION COORDINATOR TO PROVIDE DEFENDANT'S ADDRESS** |

On June 24, 2015, Plaintiff Willie F. Stephens filed an amended civil rights complaint under 42 U.S.C. § 1983 against Dr. Jenny Espinoza and Registered Nurse J. De la Cruz, employees at San Quentin State Prison. On July 13, 2015, the Court mailed a Notice of Lawsuit, Request for Waiver of Service of Summons and the amended complaint to the defendants at San Quentin.

Service has been ineffective on Nurse J. De la Cruz because she is no longer employed at San Quentin. In the interest of justice, the Court requests that the San Quentin Litigation Coordinator determine if Nurse J. De la Cruz is still employed with the California Department of Corrections and Rehabilitation and, if so, within two weeks from the date of this Order, provide the Court with her current employment address. If Nurse J. De la Cruz is no longer employed with the Department of Corrections, the Litigation Coordinator is requested to provide a forwarding address, or notice that such information is not available, also within two weeks from

1   the date of this Order.  The Litigation Coordinator may provide this information under seal.

2   The Clerk of the Court shall mail a copy of this Order to the Litigation Coordinator at San

3   Quentin State Prison.

4   IT IS SO ORDERED.

5   Dated: October 26, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE F. STEPHENS,

    Plaintiff,

    v.

JENNY ESPINOZA, et al.,

    Defendants.

Case No. 15-cv-00116-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie F. Stephens ID: T01287
San Quentin State Prison
1 Main Street
San Quentin, CA 94974

San Quentin State Prison
Attention: Litigation Coordinator
San Quentin, CA 94964

Dated: October 26, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

3